DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3183

[March 8, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 01-18623CF10A.

Michael Brown, Arcadia, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***